DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE TUESDAY ESSA,**
Appellant,

v.

**MICHAEL GURRIERI,**
Appellee.

No. 4D20-2144

[February 11, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 502017DR003560XXXXMB.

Marie Tuesday Essa, Hartford, CT, pro se.

Michael Gurrieri, Lake Worth, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***